FILED

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0482

_____

FARMERS INSURANCE EXCHANGE and
TRUCK INSURANCE EXCHANGE,

      Petitioners and Appellees,

   v.                                  O R D E R

DENNIS MINEMYER, BRAD J. DAVEY, and
DALE YATSKO,

      Respondents and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane A. Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2023